IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM CAIN,

       Plaintiff,

                              CIVIL ACTION NO.

v.                            1:10-CV-204-JEC

THE HANOVER INSURANCE COMPANY,
et al.,

       Defendants.

**ORDER**

    The above action is presently before the Court on plaintiff's Certificate of Consent for Joseph M. Todd's Withdrawal as Counsel for Plaintiff [48] filed on October 17, 2011.  Pursuant to this Court's Order [17] of September 23, 2011, the parties were directed to engage in settlement discussions within the next  30 days and to file the proposed pretrial order by November 21, 2011.  Since that time, plaintiff's counsel has filed a notice of withdrawal.

    To determine whether the Court will permit plaintiff's counsel to withdraw, the Court sets a conference for **Wednesday, November 2, 2011, 2:30 p.m., in Chambers, Room 2167.** All counsel and the plaintiff shall be present.

AO 72A
(Rev.8/82)

SO ORDERED, this <u>20th</u> day of OCTOBER, 2011.


<u>/s/ Julie E. Carnes</u>
JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)